IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Tron Manvel Little john, ) | C.A. No. 4:08-384-TLW-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Jon Ozmint; ) | |
| J. Washington; ) | |
| Cecilia R. Reynolds; ) | |
| Ann Hardin; ) | |
| Tony Smith; ) | |
| James Sligh; ) | |
| E. Richard Bazzle; ) | |
| Mr. Suggart; ) | |
| Jason Byrd; ) | |
| Annie Sellers; ) | |
| Patricia Cooks; ) | |
| Jeanne McKay; ) | |
| F. Kline; ) | |
| Penny West; ) | |
| C. Bryant; ) | |
| Mr. Armstrong; ) | |
| Tomasina Foster; ) | |
| Alice Fleming; and ) | |
| K. Ford, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The *pro se* plaintiff filed this action pursuant to Title 42, United States Code, Section 1983 on February 6, 2008. (Doc. # 1). This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). (Doc. # 50). In his Report, Magistrate Judge Rogers recommends that the

1

plaintiff's complaint be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Report was filed on September 22, 2008. On November 20, 2008, plaintiff filed a "motion for enlargement of time to answer defendants summary judgments and submit objections." This request was granted by Order filed December 3, 2008, in which plaintiff was given until December 20, 2008 to file any objections to the outstanding Report and Recommendation. To date, no objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 50), and plaintiff's complaint is dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

    s/ Terry L. Wooten
TERRY L. WOOTEN
UNITED STATES DISTRICT JUDGE

January 16, 2009
Florence, South Carolina